Núm. 8573.—Alvira et al., apltes. v. Robles, apldo.—C. D. Humacao. Nulidad de sentencia, etc. Noviembre 3, 1942.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

A la moción de la parte apelada solicitando la desestimación del recurso por causas de frivolidad, vista sin asistencia de las partes el 2 de noviembre en curso; examinados la moción, los autos y el alegato de la parte apelante radicado en agosto último, no apareciendo que el recurso sea frívolo, no ha lugar.

Núm. 8590.—Colón, aplte. v. Rivera et al., apldos.—C. D. Ponce. Desahucio. Noviembre 20, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista, sin asistencia de las partes, la moción de los demandados apelados para que se desestime el recurso por ser éste a su juicio frívolo.

Por cuanto, del examen del récord no resulta que las cuestiones levantadas por el apelante sean lo suficientemente frívolas para justificar la desestimación del recurso sin oír a las partes en cuanto a los méritos de dichas cuestiones.

Por tanto, se declara no haber lugar a la desestimación solicitada.

El Juez Asociado Sr. Snyder no intervino.